UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROSS T. PETERSON,

       Petitioner,

                                         File No: 2:06-CV-220

v.

                                         HON. ROBERT HOLMES BELL

BARRY McLEMORE,

       Respondent.
                              /

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On April 30, 2009, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Petitioner Ross T. Peterson's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. (Dkt. No. 19.) The Report and Recommendation was duly served on the parties. More than ten days have elapsed since service of the R&R and no objections have been filed. The Court has reviewed the R&R and is satisfied with its disposition of the case. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 19) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. No. 1) is **DENIED**.

Dated: June 25, 2009                                      /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE